## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MASOUD KHORSAND-SAHBAIE, M.D.,
P.A., d/b/a KYMERA INDEPENDENT
PHYSICIANS; AHMED BASEL
ATTEYEH RAMAHI,

        Plaintiffs,

      v.                                No. CIV 22-293 WJ/KRS

ANTONY BLINKEN, U.S. Secretary of
State; ALEJANDRO MAYORKAS, U.S.
Secretary of Homeland Security; UR
MENDOZA JADDOU, Director of U.S.
Citizenship and Immigration Services;
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, an agency of
The United States; MERRICK GARLAND,
Acting U.S. Attorney General; CHRISTOPHER
WRAY, Director of Federal Bureau of
Investigations; FEDERAL BUREAU OF
INVESTIGATIONS, in their official capacity,

        Defendants.

## ORDER GRANTING MOTION TO EXTEND ANSWER

THIS MATTER having come before the Court upon federal Defendants' Unopposed Motion to Extend Answer (Doc. 3), it being stated that Plaintiffs concur in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the federal Defendants' deadline to answer or otherwise respond to the Plaintiffs' Complaint is extended to and including July 25, 2022.

 

                                            _Kevin Sweazea_

                                            KEVIN R. SWEAZEA
                                            United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*/s/ Cassandra C. Currie 6/15/22*
CASSANDRA C. CURRIE
Assistant United States Attorney
Attorney for Defendants

*/s/ Heather Kryzak 6/15/22*
HEATHER KRYZAK
Attorney for Plaintiffs